IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MALINDA B. EVANS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0302-M |
| MICHAEL J. ASTRUE, Commission of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Malinda B. Evans and against Defendant Michael J. Astrue.

DONE this 28th day of January, 2011.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE