IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MALINDA B. EVANS,  :
 :
    Plaintiff,  :
 :
vs.  : CIVIL ACTION 10-0302-M
 :
MICHAEL J. ASTRUE,  :
Commissioner of Social Security,:
 :
    Defendant.  :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Malinda B. Evans and against Defendant Michael J. Astrue. It is further **ORDERED** that Plaintiff's Application be **GRANTED** (Doc. 23) and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1634.75.

DONE this 3rd day of May, 2011.

                s/BERT W. MILLING, JR.
                UNITED STATES MAGISTRATE JUDGE